*1004
 

 Per Owriarn:
 

 .Appellant’s Petition for Rehearing of January 4, 1963 is hereby granted only to the extent of changing language in the opinion of November 14,1962 as follows:
 

 Delete old footnote5.
 

 2. Substitute a new footnote 5 after “vapors” in line 1 of page 11, the new footnote to read as follows:
 

 Ethyl alcohol and water form an azeotropic or constant boiling point mixture. Pure ethyl alcohol boils at 78.4°C while the azeotropic mixture of 95.5% alcohol by weight and 4.0% water by weight boils at 78.1°C. Thus, the Harris patent, in referring to “alcohol vapors,” technically must mean vapors of the azeotropic mixture containing. 95.5% alcohol by weight. See Lange’s Handbook of Chemistry, 9th Ed., 1956.